# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TYLINA ABBOTT, Individually and On Behalf Of All Others <br><br> Plaintiff(s), <br><br> vs. <br><br> OPCO MO SKILLED MGMT LLC, d/b/a RED WOOD POST-ACUTE NETWORK <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq.*, Fed. R. Civ. P. 81, Defendant files this Notice of Removal to the United States District Court for the Western District of Missouri for the full removal of Civil Case No. 1916-CV08522 from the Sixteenth Judicial Circuit Court, Jackson County, Missouri.

1. This case is pending in the Sixteenth Judicial Circuit Court, Jackson County, Missouri, bearing Case No. 1916-CV08522. No part of this case has been tried or finally determined.

2. On March 28, 2019, Plaintiff served Defendant with a copy of the Complaint and Summons. A copy of the Summons and Complaint is attached.

3. This is a civil action of which the District Court of the United States has original jurisdiction under 28 U.S.C. § 1331.

4. The Western District of Missouri is the appropriate court for filing a Notice of Removal from the Sixteenth Judicial Circuit Court, Jackson County, Missouri.

5. A copy of all process, pleadings, and orders filed in the state court are attached, pursuant to 28 U.S.C. § 1446(a).

6. Written notice of the Notice of Removal will be promptly served on all adverse parties, and a copy of the Notice will be promptly filed with the clerk of the state court from which the case is removed pursuant to 28 U.S.C. § 1446(d).

7. By removing this case, Defendant does not intend to and does not waive any of its affirmative or other defenses.

8. Defendant reserves the right to amend or supplement this Notice of Removal.

**Demand for Jury Trial**

Defendant demands a trial by jury.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*s/ Anthony F. Rupp*
Anthony F. Rupp, MO #39081
32 Corporate Woods
9225 Indian Creek Pkwy., Ste. 600
Overland Park, KS 66210-2000
913.498.2100
913.498.2101 (fax)
trupp@foulston.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26<u>th</u> day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

*s/ Anthony F. Rupp*
Anthony F. Rupp, MO #39081